■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSHUA BARNES, Appellant. [757 NYS2d 463] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated January 31, 1994 (*People v Barnes,* 178 AD2d 482 [1991]), affirming a judgment of the Supreme Court, Kings County, rendered April 6, 1992.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]). Prudenti, P.J., Ritter, S. Miller and Krausman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRIAN CALISE, Appellant. [757 NYS2d 453] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Juviler, J.), rendered March 29, 2001, convicting him of manslaughter in the first degree and criminal possession of a weapon in the fourth degree (three counts), after a nonjury trial, and imposing sentence. This appeal brings up for review the denial, after a hearing, of that branch of the defendant's omnibus motion which was to suppress identification testimony.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the hearing court properly held that the lineup procedure was not unduly suggestive (*see People v Ortiz,* 90 NY2d 533 [1997]). Altman, J.P., Feuerstein, H. Miller and Townes, JJ., concur.